1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Vincent MONTEZ,                    )     No. CV-05-2427-PHX-SMM (LOA)
                                        )
10            Plaintiff,                )     **ORDER**
                                        )
11      v.                              )
                                        )
12   Joseph M. ARPAIO, et al.,          )
                                        )
13            Defendants.               )
     _____)

14

15        On May 19, 2006, Magistrate Judge Lawrence O. Anderson filed a Report and

16   Recommendation, advising this Court that Plaintiff's Complaint and this action should be

17   dismissed without prejudice for failure to file a change of address and prosecute this action.

18   [Doc. No. 13] The Report and Recommendation was returned to the Court on May 25, 2006

19   with the annotation "return to sender" [Doc. No. 14], and to date, Plaintiff has not filed

20   objections to Judge Anderson's Report and Recommendation.

21                              **STANDARD OF REVIEW**

22        When reviewing a Magistrate Judge's Report and Recommendation, this Court must

23   "make a de novo determination of those portions of the report . . . to which objection is made,"

24   and "may accept, reject, or modify, in whole or in part, the findings or recommendations made

25   by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391,

26   1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir.

27   1983)).

28

1    By failing to object to a Report and Recommendation, a party waives its right to

2 challenge the Magistrate Judge's factual findings, but not necessarily the Magistrate Judge's

3 legal conclusions.  Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th

4 Cir. 1998) (failure to object to Magistrate Judge's legal conclusion "is a factor to be weighed

5 in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951

6 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir.

7 1980)).

8                                        **DISCUSSION**

9    Having reviewed the legal conclusions of the Report and Recommendation of the

10 Magistrate Judge, and no objections having been made by Plaintiff thereto and Plaintiff having

11 failed to notify the Court of his address, the Court hereby incorporates and adopts the Magistrate

12 Judge's Report and Recommendation.

13                                       **CONCLUSION**

14    **IT IS THEREFORE ORDERED** that the Court adopts the Report and

15 Recommendation of Magistrate Judge Lawrence O. Anderson. [Doc. No. 13]

16    **IT IS FURTHER ORDERED** that Plaintiff's Complaint and this action are

17 DISMISSED WITHOUT PREJUDICE.   The Clerk of Court shall terminate this action

18 accordingly.

19    **IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order

20 to Magistrate Judge Lawrence O. Anderson.

21    DATED this 20th day of June, 2006.

22

23    _____
        Stephen M. McNamee
24        United States District Judge

25

26

27

28